UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| WESTERN STAR HOSPITAL AUTHORITY Inc., <br>     Plaintiff, <br><br> v. <br><br> CITY OF RICHMOND, VIRGINIA <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 3:18-CV-647 (JAG) <br> ) <br> ) <br> ) <br> ) |

## **NOTICE OF DISMISSAL**

Plaintiff Western Star Hospital Authority, Inc., by counsel, and pursuant to Fed. R. Civ. P. 41(a)(1), hereby provides notice that it is voluntarily dismissing without prejudice, the Department of Veterans Affairs as a defendant in this action. This action shall remain pending against defendant the City of Richmond, Virginia.

Dated: January 17, 2019

                                                 /s/ Alexander L. Taylor
                                                 Alexander L. Taylor, Esquire
                                                 ALEX TAYLOR LAW, PLC
                                                 Attorney for the Plaintiff
                                                 1622 West Main Street
                                                 Richmond, Virginia 23426
                                                 alextaylor@alextaylor law.com
                                                 Tel.: 804-239-9232
                                                 Fax.: 866-446-6167

                                                 /s/ Eleazer R. Carter
                                                 Eleazer R. Carter, Esquire
                                                 THE CARTER LAW FIRM
                                                 105 South Brooks Street
                                                 Post Office Box 187
                                                 Manning, South Carolina 29102
                                                 South Carolina Bar: No. 012032
                                                 U. S. District Court Id No.: 5086
                                                 e-mail: eleazercarter@aol.com:
                                                 Tel. No.: 803-435-0550

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jonathan Holland Hambrick    jay.h.hambrick@usdoj.gov

Wirt P. Marks , IV    Wirt.Marks@Richmondgov.com

           /s/ Alexander L. Taylor
           Alexander L. Taylor, Esquire
           ALEX TAYLOR LAW, PLC
           Attorney for the Plaintiff
           1622 West Main Street
           Richmond, Virginia 23426
           alextaylor@alextaylor law.com
           Tel.: 804-239-9232
           Fax.: 866-446-6167

           /s/ Eleazer R. Carter
           Eleazer R. Carter, Esquire
           THE CARTER LAW FIRM
           105 South Brooks Street
           Post Office Box 187
           Manning, South Carolina 29102
           South Carolina Bar: No. 012032
           U. S. District Court Id No.: 5086
           e-mail: eleazercarter@aol.com:
           Tel. No.: 803-435-0550