IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| WESTERN STAR HOSPITAL AUTHORITY d/b/a METRO HEALTH EMS, )<br><br>Plaintiff, )<br><br>v. )<br><br>CITY OF RICHMOND, VIRGINIA )<br><br>AND )<br><br>RICHMOND AMBULANCE AUTHRITY, )<br><br>Defendants. ) | Civil Action No.: 3:18CV647 |

**DEFENDANT CITY OF RICHMOND'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6)**

COMES NOW, Defendant, the City of Richmond ("City"), by counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully moves this Court to dismiss this action for failure to state a claim.

Date: March 13, 2019

Respectfully Submitted,

/s/
Wirt P. Marks, VSB No. 36770
Assistant City Attorney
Office of the City Attorney
City of Richmond
City Hall, Room 400
900 East Broad Street
Richmond, VA  23219
Telephone:  (804) 646-3019
Facsimile:   (804) 646-7939
Email: Wirt.Marks@richmondgov.com
*Counsel for the Defendant City of Richmond*

1

## **CERTIFICATE OF SERVICE**

I certify that on the 13th day of March, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                         /s/
                                       Wirt P. Marks, VSB No. 36770
Assistant City Attorney
Office of the City Attorney
City of Richmond
City Hall, Room 400
900 East Broad Street
Richmond, Virginia 23219
Phone: (804) 646-3019
Facsimile: (804) 646-7939
*Counsel for the Defendant City of Richmond*