IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WESTERN STAR HOSPITAL AUTHORITY
INC., D/B/A METRO HEALTH EMS,

  Plaintiff,

v.                                            Case No. 3:18 -CV-00647

CITY OF RICHMOND AND RICHMOND
AMBULANCE AUTHORITY,

  Defendants.

## RAA'S MOTION TO DISMISS

NOW COMES the Defendant, Richmond Ambulance Authority ("RAA"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and moves this Court to dismiss Plaintiff's Second Amended Complaint, because Plaintiff has not stated a claim upon which relief can be granted and has not alleged facts sufficient to state a cause of action. RAA incorporates the Brief in Support of its Motion to Dismiss Plaintiff's Second Amended Complaint as if fully set forth here.

WHEREFORE, RAA, by counsel, respectfully requests this Court to grant its Motion to Dismiss, and dismiss Plaintiff's Second Amended complaint with prejudice.

2

**RICHMOND AMBULANCE AUTHORITY**

By Counsel

/s/
_____
David P. Corrigan (VSB No. 26341)
Melissa Y. York (VSB No. 77493)
Attorney(s) for Richmond Ambulance Authority
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
myork@hccw.com

2

# **C E R T I F I C A T E**

      I hereby certify that on the 14th day of March, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Alexander L. Taylor, Jr., Esq.    Wirt P. Marks, IV, Esq.
    Alex Taylor Law    City of Richmond
    1622 W. Main Street    900 East Broad Street
    Richmond, VA 23220    Suite 400
    804-239-9232 - Phone    Richmond, VA 23219
    866-446-6167 - Fax    804-646-6653 - Fax
    alextaylor@alextaylorlaw.com    Wirt.Marks@Richmondgov.com

    Eleazer R. Carter, Esq.
    The Carter Law Firm
    105 South Brooks Street
    P.O. Box. 187
    Manning, SC 29102
    803-435-0550 – Phone
    eleazercarter@aol.com

    Aaron R. Gott
    Bona Law PC
    4275 Executive Square, Suite 200
    La Jolla, CA 92037
    858-964-4589 – Phone
    858-964-2301 – Fax
    Aaron.gott@bonalawpc.com

    /s/
    David P. Corrigan (VSB No. 26341)
    Melissa Y. York (VSB No. 77493)
    Attorney(s) for Richmond Ambulance Authority
    Harman, Claytor, Corrigan & Wellman
    P.O. Box 70280
    Richmond, Virginia 23255
    804-747-5200 - Phone
    804-747-6085 - Fax
    dcorrigan@hccw.com
    myork@hccw.com