IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WESTERN STAR HOSPITAL
AUTHORITY, INC., d/b/a METRO
HEALTH EMS,
        Plaintiff,

v.                                Civil Action No. 3:18-cv-647-JAG

CITY OF RICHMOND, VIRGINIA,
and RICHMOND AMBULANCE
AUTHORITY,
        Defendants.

## ORDER

This matter comes before the Court on its own initiative. On May 24, 2019, the Court held a hearing on the plaintiff's motion for a preliminary injunction and the defendants' motions to dismiss. At the hearing, the Court announced that it would take the motions under advisement. Accordingly, the Court STAYS all proceedings in this case until the Court decides the motion for preliminary injunction and motions to dismiss.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 28 May 2019
Richmond, VA

/s/ _____
John A. Gibney, Jr.
United States District Judge