IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WESTERN STAR HOSPITAL
AUTHORITY, INC., d/b/a METRO
HEALTH EMS,
        Plaintiff,

v.                               Civil Action No. 3:18-cv-647-JAG

CITY OF RICHMOND, VIRGINIA,
and RICHMOND AMBULANCE
AUTHORITY,
        Defendants.

## FINAL ORDER

This matter comes before the Court on (1) Western Star Hospital Authority's d/b/a Metro Health EMS ("Metro Health"), motion for a preliminary injunction (Dk. No. 51), (2) City of Richmond's ("City") motion to dismiss (Dk. No. 56), and (3) Richmond Ambulance Authority's ("RAA") motion to dismiss (Dk. No. 59). On May 28, 2019, the Court stayed this action while the Court considered the three pending motions. The Court now LIFTS the stay.

For the reasons stated in the accompanying Opinion, the Court DENIES Metro Health's motion for a preliminary injunction. (Dk. No. 51.) The Court GRANTS the City's and RAA's motions to dismiss and dismisses the case WITH PREJUDICE. (Dk. Nos. 56, 59.)

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 8 Aug. 2019
Richmond, VA

/s/ John A. Gibney, Jr.
United States District Judge