UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

Western Star Hospital Authority, Inc., d/b/a
Metro Health EMS,

    Plaintiff(s)

                              CIVIL ACTION NO. 3:18-CV-00647-JAG

v.

City of Richmond and Richmond Ambulance Authority,

    Defendant(s)

## NOTICE OF APPEAL

Notice is hereby given that Western Star Hospital Authority, Inc., d/b/a Metro Health EMS above named, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on the 8th day of August 2019.

Dated: September 4, 2019

                                            Alex Taylor Law, PLC
                                            s/ *Alexander L. Taylor*
                                            Alexander L. Taylor, Esq.
                                            1622 West Main Street
                                            Richmond, VA 23426
                                            alextaylor@alextaylorlaw.com
                                            804.239.9232
                                            866.446.6167 (fax)
                                            *Local Counsel for Plaintiff*

                                            The Carter Law Firm
                                            Eleazer R. Carter, Esq. (admitted *phv*)
                                            105 South Brooks Street
                                            P.O. Box 187
                                            Manning, SC 29102
                                            U.S. District Court ID No. 5086
                                            eleazercarter@aol.com

803.435.0550
*Lead Counsel for Plaintiff*

Bona Law PC
Aaron R. Gott (admitted *phv*)
4275 Executive Square, Suite 200
La Jolla, CA 92037
858.964.4589
858.964.2301 (fax)
aaron.gott@bonalawpc.com
*Antitrust Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Wirt P. Marks, IV
>Wirt.Marks@Richmondgov.com
>
>David P. Corrigan
>dcorrigan@hccw.com

>>Alex Taylor Law, PLC
>>
>>s/ *Alexander L. Taylor*
>>Alexander L. Taylor, Esq.
>>1622 West Main Street
>>Richmond, VA 23426
>>alextaylor@alextaylorlaw.com
>>804.239.9232
>>866.446.6167 (fax)