FILED: March 19, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 19-1977
(3:18-cv-00647-JAG)

———————————

WESTERN STAR HOSPITAL AUTHORITY INC., d/b/a Metro Health EMS

    Plaintiff - Appellant

v.

CITY OF RICHMOND, VIRGINIA; RICHMOND AMBULANCE AUTHORITY

    Defendants - Appellees

———————————

O R D E R

———————————

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

    For the Court

    /s/ Patricia S. Connor, Clerk